UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

JOSHUA LEN BELL                                                             CASE NO. 08-10635
DARCIE LYNN BELL                                                           CHAPTER 7
                DEBTOR(S).

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

        Claim #5 of Charles E. Tomich
        Account number:  9574
        Claimed amount:  $94.00
        Pro rata distribution:  $2.72

        Claim #6 of Dermatopathology Laboratory
        Account number:  9574
        Claimed amount:  $59.00
        Pro rata distribution:  $1.71

        Claim #15 of Verizon
        Account number:  2002
        Claimed amount:  $135.46
        Pro rata distribution: $3.92

**TOTAL AMOUNT OF ALL CLAIMS: $8.35**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated: October 11, 2010          /s/ Mark A. Warsco
                                          Mark A. Warsco, Trustee
                                          P.O. Box 11647
                                          Fort Wayne, IN 46859-1647
                                          Telephone: (260) 469-0256
                                          e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on October 11, 2010:

| | |
|---|---|
| DANIEL E SERBAN<br>dserban@serbanlaw.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Charles E. Tomich<br>9292 N. Meridian St, Ste 210<br>Indianapolis, IN 46260 | Dermatopathology Laboratory<br>9292 N. Meridian St. Ste 210<br>Indianapolis, IN 46260 |
| Verizon<br>404 Brock Drive<br>Bloomington, IL 61701 | |

                                                                            /s/ Mark A. Warsco
                                                                            Mark A. Warsco, Trustee